UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 13 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

MAURICE SPEARMAN,

    Plaintiff,

v.        Case No. 04-72414

RAY BOWERSON, et al.,    Honorable Arthur J. Tarnow
    United States District Judge

    Defendant.

                                  /    Magistrate Judge Steven Whalen

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS [23, 24, & 26]; GRANTING IN PART & DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15]; AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION[18] AND MOTION TO LEAVE TO FILE A SUPPLEMENTAL COMPLAINT [22]

    Before the Court is the Magistrate Judge's Reports and Recommendations (R&R) [23, 24, & 26], filed on July 21, 2005 The Magistrate Judge recommends that this Court grant in part and deny it in part Defendant's Motion for Summary Judgment [15] by dismissing Plaintiff's equal protection claims against the Defendants but allowing Plaintiff to bring claims of retaliation against Defendants Ranger and Birkett. The Magistrate further recommends that Plaintiff's Motions for a Preliminary Injunction [18] and Leave to File a Supplemental Complaint [22] both be denied. Both Plaintiff and Defendants have filed objections [28 & 29] to the Magistrate's R&R's.

    Having reviewed the file, the R&R's, the motions, and the objections, the Court **ADOPTS** the R&R's [23. 24. & 26] as the findings and conclusions of the Court. Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**

*Spearman v. Bowerson, et al.*
04-72414

**IN PART AND DENIED IN PART**, and Plaintiff's Motions for a Preliminary Injunction and Leave to File a Supplemental Complaint are both **DENIED**. The Court requests that *pro bono* counsel be provided to Plaintiff to assist him in presenting his claims of retaliation.

**IT IS SO ORDERED.**

Arthur J. Tarnow
United States District Judge

Dated: **SEP 13 2005**