# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MAURICE SPEARMAN #158437,

                Plaintiff,             Civil Action No. 04-72414
                                       District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

v.

RAY BOWERSON, et.al.,

                Defendants

_____ /

## ORDER DISMISSING MOTION TO STAY PROCEEDINGS

On November 2, 2005, Plaintiff filed a Motion to Stay Proceedings [Docket #46], pending the appointment of counsel. On December 21, 2005, the Court granted Plaintiff's request for counsel, and on April 5, 2006, attorney Stephen F. Wasinger entered his appearance as Plaintiff's counsel.

Therefore, Plaintiff's Motion to Stay [Docket #46] is DISMISSED AS MOOT.

In addition, this Court's previous order staying discovery, including Plaintiff's deposition [Docket #44], is RESCINDED.

SO ORDERED.

                                      S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  May 31, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 31, 2006.


S/G. Wilson
Case Manager