UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE SPEARMAN #158437,

       Plaintiff,                    Civil Action No. 04-72414
                                        District Judge Arthur J. Tarnow
                                        Magistrate Judge R. Steven Whalen

v.

RAY BOWERSON, et.al.,

       Defendants
_____ /

**ORDER GRANTING LEAVE TO TAKE PLAINTIFF'S DEPOSITION**

Before the Court is Defendants Ranger's and Birkett's motion to take Plaintiff's deposition at the prison where he is incarcerated [Docket #41].  On October 21, 2005, the Court ordered this motion held in abeyance pending appointment of counsel.  On April 5, 2006, counsel filed an appearance, and on May 31, 2006, contemporaneously with this present Order, the Court rescinded the order holding this motion in abeyance.

Accordingly, pursuant to Fed.R.Civ.P. 30(a)(2), Defendants Ranger's and Birkett's Motion  for Leave to Take Deposition of Plaintiff [Docket #41], who is confined in the Michigan Department of Correction,  is hereby GRANTED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  May 31, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 31, 2006.

S/G. Wilson
Case Manager